UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IVAN MC GEE,<br><br>    Defendant. | Case No.: CR10-0861-PSG-3<br><br>ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS<br>(FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the CENTRAL District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

    (X)   information in the Pretrial Services Report and Recommendation

    (X)   information in the violation petition and report(s)

    (X)   the defendant's nonobjection to detention at this time

    ( )   other:_____

|    |       |                                                                              |
|----|-------|------------------------------------------------------------------------------|
| 1  |       | and/ or                                                                      |
| 2  | B. (X)| The defendant has not met his/her burden of establishing by clear and        |
| 3  |       | convincing evidence that he/she is not likely to pose a danger to the safety |
| 4  |       | of any other person or the community if released under 18 U.S.C.             |
| 5  |       | § 3142(b) or (c).  This finding is based on the following:                   |
| 6  |       | (X)    information in the Pretrial Services Report and Recommendation        |
| 7  |       | (X)    information in the violation petition and report(s)                   |
| 8  |       | (X)    the defendant's nonobjection to detention at this time                |
| 9  |       | ( )    other: _____                 |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: August 16, 2016

_____
KENLY KIYA KATO
United States Magistrate Judge